JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FAHIM ANTHONY MULTANI, | ) | NO. CV 19-7513-CJC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PATRICK COVELLO, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 9, 2023.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE